# Greenberg Traurig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007

G. Roxanne Elings
(212) 801-2148
elingsr@gtlaw.com

September 18, 2007

**VIA FACSIMILE (212-805-0426)**
Honorable Judge Swain
United States District Court – S.D.N.Y.
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   *Panline U.S.A. Inc. d/b/a Alex Toys v. Volkswagen Aktiengesellschaft, et. al.*
        Civil Action No. 07 CV 4564 (LTS)

Dear Honorable Judge Swain:

We are counsel to Plaintiffs Panline U.S.A. Inc. d/b/a Alex Toys ("Plaintiff"). Plaintiff respectfully requests a sixty (60) day adjournment of the Initial Pretrial Conference scheduled by the Court in its June 6, 2007 order. That order set the Conference for Friday, September 21, 2007 at 2 p.m. We request this adjournment because the parties are currently engaged in settlement discussions.

This is the first request for an adjournment, and is not made for purposes of delay or in bad faith.

Respectfully,

G. Roxanne Elings

cc:   Gregory D. Phillips, Esq. (801-366-7706)

*The conference is adjourned to November 30, 2007 at 9:45 AM and the related deadlines are modified accordingly.*

SO ORDERED.

LAURA TAYLOR SWAIN   9/18/07
UNITED STATES DISTRICT JUDGE

NY 238530323v1 8/17/2007
Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com