SWAIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANLINE U.S.A. INC. d/b/a ALEX TOYS, | CIV. ACTION NO.: 07 CV 4564 (LTS) |
| | AND ORDER |
| | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Plaintiff, | |
| - against - | |
| VOLKSWAGEN AKTIENGESELLSCHAFT, VOLKSWAGEN OF AMERICA, INC. | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 14 2007

WHEREAS, Plaintiff Panline U.S.A. Inc. d/b/a Alex Toys ("Alex Toys" or

"Plaintiff"), its complaint in this matter on or about May 30, 2007;

Plaintiff hereby dismisses this action without prejudice pursuant to F.R.C.P. 41(a)(1).

Dated: November 9, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
G. Roxanne Elings (GE 8321)
David Saenz (DS 1976)
Dana Schuessler (DS 0711)
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Plaintiff Panline U.S.A Inc. d/b/a Alex Toys*

SO ORDERED.

_____
11/14/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

1

*Error! Unknown document property name.*